**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

REGINALD CHAVIS,
          *Petitioner-Appellant,*

v.

MIKE EVANS, Acting Warden,
          *Respondent-Appellee.*

No. 01-17072

D.C. No.
CV-00-02496-
WBS/GGH
Eastern District
of California,
Sacramento

ORDER

Filed April 25, 2006

Before: Betty B. Fletcher, Stephen S. Trott, and
Raymond C. Fisher, Circuit Judges.

---

**ORDER**

Appellant's motion to file supplemental briefs is DENIED. The judgment of the district court is reinstated.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.